[No. 20392-1-III.   Division Three.   January 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JASMIN J. SMAJLOVIC, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00498-5, Carolyn A. Brown, J., entered October 10, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 20802-8-III.   Division Three.   January 7, 2003.]

ANGEL MARTINEZ, ET AL., *Appellants*, v. CALLAHAN MANUFACTURING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-2-01024-0, Evan E. Sperline, J., entered January 3, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20809-5-III.   Division Three.   January 9, 2003.]

BARNEY P. BUCKLEY, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 01-2-00047-9, David Frazier, J., entered December 18, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ. Now published at 116 Wn. App. 1.